

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-12-00323-CR |
| Appellant, | § | Appeal from the |
| v. | § | |
| | | County Criminal Court at Law Number |
| ANDREW HOWARD LEE, | § | Two |
| Appellee. | § | of El Paso County, Texas |
| | § | (TC# 20110C05067) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the trial court's order dismissing the case for want of jurisdiction. We therefore reverse the trial court's order dismissing the case for want of jurisdiction and remand the case to the trial court, in accordance with the opinion of the Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF JUNE, 2014.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.